VAN RANST v. PARCELLS.

Vendor decreed to perform contract, with costs. All the purchase money had not been paid. Court allowed the vendee to off-set the costs against the balance in hand.

*July 9th.*
1836.

*Vendor and Purchaser.*
*Set-off.*
*Costs.*

Bill for a specific performance. The cause had been heard and a decree passed for specific performance and that the complainant (the vendee) pay the balance of the consideration money. The defendant was ordered to pay the costs of the suit.

A reference was had to ascertain the amount of balance of the purchase money unpaid; and the master had reported it at eighty-two dollars and fourteen cents.

The only question now made, on the equity reserved, was whether the vendee could offset the costs awarded to him against this balance—the vendor refusing to execute a conveyance under the decree until the whole of the sum of eighty-two dollars and fourteen cents was actually paid to her.

Mr. *S. F. Clarkson,* for the complainant.

Mr. *R. L. Schieffelin,* for the defendant.

THE VICE-CHANCELLOR :—Let a further decree be had requiring the defendant to deliver to the complainant a deed of the premises properly executed and acknowledged; and that the defendant also pay to the complainant her costs of this suit to be taxed. And the complainant is to be at liberty to retain the sum of eighty-two dollars and fourteen cents reported to be due from her to the defendant as a balance of the purchase money—which is to go towards the costs, payable by the defendant to the complainant, by way of off-set. If any balance should remain after this is done, then it is to be paid forthwith to the defendant or her solicitor; but if the eighty-two dollars and fourteen cents should prove insufficient to pay the costs of the complainants, she is to have execution for the residue according to the course and practice of the court.